FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 08 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>Luis Francisco GARAY SOTO,<br><br>Defendant. | CASE NO. MJ23-404<br><br>COMPLAINT for VIOLATION<br><br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18 Section 2 |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### (Possession of Controlled Substances with Intent to Distribute)

On or about August 8, 2023, in King County, within the Western District of Washington, and elsewhere, defendant Luis Francisco GARAY SOTO, did knowingly and intentionally possess with intent to distribute, and aid and abet the possession of with intent to distribute, controlled substances including: N-phenyl-N-[1-(2-phenylethyl)-4-

Complaint - 1
*United States v. GARAY SOTO/* MJ23-404

piperidinyl] propanamide (Fentanyl), a substance controlled under Title 21, United States Code.

It is further alleged that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841 and Title 18 United States Code Section 2.

And the complainant states that this Complaint is based on the following information:

I, Eric C. Rodenberg, being first duly sworn on oath, depose and say:

**AGENT BACKGROUND AND INTRODUCTION**

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am a Special Agent of the United States Department of Justice, Drug Enforcement Administration (DEA), and have been so employed since August 2019. I am currently assigned to the DEA Seattle Field Division, Tacoma Resident Office.

2. I received 16 weeks of specialized drug law enforcement training at the DEA training academy in Quantico, Virginia, from August 2019 to December 2019. The training curriculum covered all aspects of drug investigations, including identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, interview techniques, undercover operations, financial investigations, and the general operation of drug trafficking organizations.

3. As a Special Agent, I have been involved in the investigation of individuals and organizations involved in the manufacture, transportation and distribution of

Complaint - 2
*United States v. GARAY SOTO/* MJ23-404

controlled substances. I have participated in the execution of search warrants for violations of federal and state drug laws. I have conducted surveillance operations and have become familiar with the methods used by individuals engaged in the manufacture, transportation and distribution of controlled substances. I have also consulted with other Special Agents that have monitored informant conversations with drug traffickers, and have monitored drug-related conversations between drug traffickers as part of court-authorized interception of wire communications. In light of the foregoing, I am familiar with the manner in which illegal drugs are manufactured, transported, stored, and distributed; the methods of payment for such drugs; and the methods of laundering drug proceeds.

4. Prior to working for the DEA, I was employed with the Kent Police Department in Kent, WA. I was assigned to the patrol division from June 2018 to August 2019. While working at the Kent Police Department, I came in contact with individuals using and selling drugs on a daily basis. As such, I became familiar with the different tactics used to conceal drugs as well as the different methods used to transport and speak about drugs. This includes the use of coded language when speaking about drugs, which is a common way for drug dealers and users to communicate.

5. Prior to working with the Kent Police Department, I was employed with the Missouri State Highway Patrol (MSHP) from July 2013 to May 2018. While working with the MSHP, I received over 1400 hours of specialized law enforcement training at the MSHP training academy. The curriculum covered subjects such as investigative skills, interview and interrogation techniques, enforcement of various laws, building searches, firearms marksmanship, and physical training. Following the academy, I enrolled in the Drug Recognition Expert (DRE) program, and was trained to identify drugs and the physical symptoms associated with their use.

6. The facts set forth in this affidavit arise from my personal and direct participation in the investigation, my experience and training as a DEA Special Agent,

Complaint - 3
United States v. GARAY SOTO/ MJ23-404

my conversations with witnesses and other law enforcement personnel, including consultations with other agents participating in this and related investigations, and my review of relevant documents and reports. I have not included every fact known to me or other investigative personnel concerning this investigation. My specialized training and experience in drug investigations as well as the assistance and input of experienced fellow investigators, form a basis for my opinions and conclusions, which I drew from the facts set forth herein.

7.      As set forth below, there is probable cause to believe that defendant Luis Francisco GARAY SOTO committed the count alleged above. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known concerning this investigation. I have set forth only the facts I believe are essential for a fair determination of probable cause.

### SUMMARY OF PROBABLE CAUSE

8.      On August 8, 2023, members of the Drug Enforcement Administration Seattle Field Division and Tacoma Resident Offices executed a search warrant for the residence at 2417 S 146th St, Seatac, WA. Inside the residence agents found a single occupant, later identified as Luis Francisco GARAY SOTO.

9.      During the search of the residence, agents found approximately 693 gross grams of blue pills marked M-30[1], and approximately 1300 gross grams of a white powder which agents suspect to be fentanyl powder. Agents also found two firearms inside of the residence, a semi-automatic pistol and a semi-automatic rifle.

10.     Following the search, SA Jared Gibb read GARAY SOTO his Miranda warnings which he acknowledged and SOTO agreed to speak to agents. SA Gibb is fluent in Spanish. GARAY SOTO told SA Gibb that he has been working for a Drug

---

[1] Although these pills were not field tested by agents, they appeared to be similar to the blue M-30 pills purchased and/or seized on many occasions by agents. They type of pills have tested positive for the presence of fentanyl. Based on my training and experience, I believe these pills contain fentanyl.

Complaint - 4
*United States v. GARAY SOTO/* MJ23-404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Trafficking Organization (DTO) distributing drugs in the greater Seattle area. GARAY SOTO admitted that agents would find cocaine, fentanyl and fentanyl pills inside the house.

11.    SA Gibb asked GARAY SOTO about the firearms found inside of the residence. GARAY SOTO said that he has both of them in case a client (i.e., drug customer) or anyone else tries to rob him while he is selling.

12.    Based on the above facts, I respectfully submit that there is probable cause to believe that Luis Francisco GARAY SOTO did knowingly and intentionally possess with intent to distribute controlled substances, including fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

13.    Based on the above facts, I respectfully submit that there is probable cause to believe that Luis Francisco GARAY SOTO did knowingly and intentionally possess with intent to distribute controlled substances, including fentanyl in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

_____
Eric C. Rodenberg, Complainant
Special Agent, DEA

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 8th day of August, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 5
*United States v. GARAY SOTO/* MJ23-404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970