Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_____August 16_____ 20 23

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR 23 - 137 JHC** |
| Plaintiff | **INDICTMENT** |
| v. | |
| LUIS FRANCISCO GARAY SOTO, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about August 8, 2023, in King County, within the Western District of Washington, and elsewhere, defendant LUIS FRANCISCO GARAY SOTO did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

Indictment - 1
*United States v. Luis Francisco Garay Soto*
USAO No. 2023R00863

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 2

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about August 8, 2023, in King County, within the Western District of Washington, LUIS FRANCISCO GARAY SOTO knowingly possessed a firearm, that is: a Ruger 9mm pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, LUIS FRANCISCO GARAY SOTO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 2, LUIS FRANCISCO GARAY SOTO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense.

//

//

//

Indictment - 2
*United States v. Luis Francisco Garay Soto*
USAO No. 2023R00863

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 8/16/23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
STEPHEN HOBBS
CASEY CONZATTI
Assistant United States Attorney

Indictment - 3
*United States v. Luis Francisco Garay Soto*
USAO No. 2023R00863